IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRELL GLENN DITTMAN, ID # 1701202, Petitioner, vs. LORI DAVIS, Director Texas Department of Criminal Justice Correctional Institutions Division, Respondent. | No. 3:16-CV-2339-C-BN |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.[1] For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *pro se* application for writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** because it is barred by the applicable statute of limitations.

SIGNED this 10th day of October, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] On October 6, 2017, Petitioner filed a motion to extend time to file an objection to the Findings and Recommendations. Rather than file objections on that date, he instead requested a 90-day extension, which would extend the deadline to February 2018. Petitioner's Motion to Extend Time is **DENIED**.